UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
 UNITED STATES OF AMERICA,             :       S1 20cr052-09
                                       :          (DLC)
             -v-                       :
                                       :         ORDER
 TRACEY SMITH,                         :
                                       :
                       Defendant.      :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

    The Court having received defense counsel's letter of
December 9, 2020 requesting that this matter be set down for a
change of plea hearing to occur via videoconference, it is
hereby

    ORDERED that the change of plea hearing is scheduled for
**January 8, 2021** at **9 a.m.** and shall proceed using the CourtCall
platform.  Defense counsel is reminded that he will be given an
opportunity to speak with the defendant by telephone for fifteen
minutes before the proceeding begins (i.e., at 10:45 a.m.).

    To optimize the quality of the video feed, only the Court,
the defendant, defense counsel, and counsel for the Government
will appear by video for the proceeding; all others will
participate by telephone.  Due to the limited capacity of the
CourtCall system, only one counsel per party may participate.
Co-counsel, members of the press, and the public may access the

audio feed of the conference by calling **855-268-7844** and using access code **32091812#** and **PIN 9921299#**.

In advance of the conference, Chambers will email the parties with further information on how to access the conference.  Those participating by video will be provided a link to be pasted into their browser.  **The link is non-transferrable and can be used by only one person**; further, it should be used **only** at the time of the conference because using it earlier could result in disruptions to other proceedings.

To optimize use of the CourtCall technology, all those participating by video should:

1. Use the most recent version of Firefox, Chrome, or Safari as the web browser.  Do **not** use Internet Explorer.

2. Use hard-wired internet or WiFi.  If using WiFi, the device should be positioned as close to the Wi-Fi router as possible to ensure a strong signal.  (Weak signals may cause delays or dropped feeds.)

3. Minimize the number of others using the same WiFi router during the conference.

Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another.  Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

If CourtCall does not work well enough and the Court
decides to transition to its teleconference line, counsel should
call **888-363-4749** and use access code **4324948#**. (Members of the
press and public may call the same number, but will not be
permitted to speak during the conference.) In that event, and
in accordance with the Court's Emergency Individual Rules and
Practices in Light of COVID-19, available at

https://www.nysd.uscourts.gov/sites/default/files/practice_docum
ents/DLC%20Cote%20COVID-19%20Emergency%20Practices%20-
%20May%2013%2C%202020.pdf, counsel should adhere to the
following rules and guidelines during the hearing:

1. Each party should designate a single lawyer to speak on
   its behalf (including when noting the appearances of
   other counsel on the telephone).

2. Counsel should use a landline whenever possible, should
   use a headset instead of a speakerphone, and must mute
   themselves whenever they are not speaking to eliminate
   background noise. In addition, counsel should not use
   voice-activated systems that do not allow the user to
   know when someone else is trying to speak at the same
   time.

3. To facilitate an orderly teleconference and the creation
   of an accurate transcript, counsel are <u>required</u> to
   identify themselves every time they speak. Counsel
   should spell any proper names for the court reporter.
   Counsel should also take special care not to interrupt or
   speak over one another.

4. If there is a beep or chime indicating that a new caller
   has joined while counsel is speaking, counsel should
   pause to allow the Court to ascertain the identity of the

new participant and confirm that the court reporter has
not been dropped from the call.

Dated:      New York, New York
            December 21, 2020


                              _____
                                       DENISE COTE
                              United States District Judge