# Richard B. Lind
## Attorney At Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Cellphone: (917) 747-9603    Email: rlind@lindlawyer.com

March 18, 2021

**Via Email**

Hon. Denise L. Cote
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

> The request to adjourn sentence is denied. The defense submission is due April 2; the Government's submission is due April 6.
>
> Denise Cote
> March 18, 2021

Re:   United States v. Tracey Smith
         20 Cr. 52 (DLC)

Dear Judge Cote:

    I represent Defendant Tracey Smith in the above-referenced matter. Her sentencing date is April 8, 2021. Presently, our sentencing memorandum is due on March 25. I am writing to request a five-week adjournment of our submission.

    To date, our mitigation consultants have interviewed Tracey on two occasions. She has specific medical issues and mitigating factors for which we have been trying to obtain records. She also has a substantial record of homelessness which our consultants wish to procure. As a result of the pandemic, everything is more cumbersome and moving at a slower pace. In order to acquire the medical records (I am informed they have limited staffs), our consultants consequently require five additional weeks.

    The government has no objection to an adjournment in this case.

Thank you for the Court's consideration of this letter.

Respectfully submitted,

/s/

Richard B. Lind
Jacob B. Mitchell

cc: All Counsel (by ECF)