LAW OFFICE OF
# Jacob Barclay Mitchell, ESQ.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574                    E-MAIL: jacobbarclaymitchell@gmail.com

March 30, 2021

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:     United States v. Tracey Smith
        20 Cr. 52 (DLC)

Dear Judge Cote

        We represent Tracey Smith in the above referenced-matter and write to
respectfully request an endorsement of this letter directing the MDC to provide defense
counsel with all of Tracey Smith's medical records. I have communicated with the BOP
legal department and the government and have been informed that this letter is required
before the BOP will produce our client's medical records.


Thank you for your consideration.

                                            Granted.
                                            SO ORDERED

Respectfully,
                                            March 30, 2021


_____/S/_____
Jacob Mitchell
Richard Lind                    _____
Counsel for Tracey Smith                DENISE COTE
                                 United States District Judge