```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    20cr52-9(DLC)
            -v-                          :
                                         :       ORDER
TRACEY SMITH,                            :
                                         :
            Defendant.                   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having been informed by Probation that the defendant has been placed in a residential treatment facility and needs new CJA counsel, it is hereby

ORDERED that the conference to address the specifications of violation of supervised release scheduled for May 30 is adjourned to June 10, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that CJA Counsel Dawn M. Cardi is appointed to represent the defendant in this case.

Dated:    New York, New York
          May 30, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge