UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    20cr52-9(DLC)
            -v-                          :
                                         :    ORDER
TRACEY SMITH,                            :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

It is hereby ORDERED that the supervisee, Tracey Smith (SSN ███ DOB ███), participate and successfully complete an initial 28 days of inpatient services at Arms Acres located at 75 Seminary Hill Road, Carmel, NY, beginning on May 27, 2025, followed by completion of a minimum of 6 months' inpatient substance abuse services with a qualified inpatient rehabilitation substance abuse program.

Dated:   New York, New York
         June 11, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge