UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    S1 20cr052-09 DLC)
                                           :
                -v-                        :         ORDER
                                           :
TRACEY SMITH,                              :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

On April 8, 2026, this Court entered a medical order for
the treatment of several issues for defendant Tracey Smith.  The
Metropolitan Detention Center ("MDC") responded on April 15,
2026.  Accordingly, it is hereby

ORDERED that the response from the MDC shall be filed under
seal and provided to the Government and defense counsel by
email.

Dated:     New York, New York
           April 20, 2026

                                    _____
                                         DENISE COTE
                                    United States District Judge